■ In the Matter of VITO TORCHIA JR., a Disbarred Attorney. [60 NYS3d 716]—

Motion by respondent for reargument of the application to impose discipline filed by the Attorney Grievance Committee for the Third Judicial Department on March 24, 2017, and/or for modification of this Court's order of disbarment, entered June 15, 2017 (151 AD3d 1369 [2017]), and/or leave to appeal to the Court of Appeals from said Order.

Upon the papers filed in support of the application, and the papers filed in opposition thereto, it is ordered that respondent's motion is denied.

Peters, P.J., Devine, Clark, Mulvey and Aarons, JJ., concur.